ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
SBN 229637
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115
  Email: valerie.makarewicz@usdoj.gov

Attorneys for United States of America

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV10-5998-GW-PLAx |
| Plaintiff, | JUDGMENT AGAINST DEFENDANTS |
| vs. | |
| GARY CABRIALES and SANDRA CABRIALES, | |
| Defendants. | |

**FINDINGS**

Based on the Stipulation between plaintiff UNITED STATES OF AMERICA, and defendants GARY CABRIALES and SANDRA CABRIALES filed herein, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. On August 18, 2008, the United States Treasury issued a refund check in the amount $33,453.68 to defendants CABRIALES for taxable year 2004.  This amount included defendant CABRIALES'

1

1 claimed refund in the amount of $26,381, as well as $7,072.68 in
2 interest due on said refund.

3     2.  On December 22, 2008, the United States Treasury issued
4 a refund check in the amount $20,718.59 to defendants CABRIALES
5 for taxable year 2005.  This amount included defendants
6 CABRIALES' claimed refund in the amount of $17,112, as well as
7 $3,606.59 in interest due on said refund.

8     3.  On December 8, 2008, the United States Treasury issued a
9 refund check in the amount $26,861.95 to defendants CABRIALES for
10 taxable year 2006.  This amount included defendants CABRIALES'
11 claimed refund in the amount of $24,183, as well as $2,678.95 in
12 interest due on said refund.

13     4.  Defendants CABRIALES were not entitled to the refunds
14 issued for taxable years 2004, 2005, and 2006, on August 18,
15 2008, December 22, 2008, and December 8, 2008, respectively.

**JUDGMENT**

17     5.  Based on the above findings, the Stipulation of the
18 parties, and all matters that are properly part of the record in
19 this action,

20     **IT IS ORDERED THAT** judgment is entered in favor of the
21 United States of America and against defendants CABRIALES in the
22 amount of $87,443.61, plus accrued statutory interest until
23 payment in full is received by the IRS.

24     A.  Under 26 U.S.C. § 6602, the United States is
25 entitled to recover interest on an erroneous refund at the rate
26 set forth in 26 U.S.C. § 6621.  Statutory interest includes
27 prejudgment interest until the date of judgment and post-judgment
28 ///

2

interest thereafter, until payment in full is received by the IRS.

    6. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: February 28, 2011   _____
_____
                             HONORABLE GEORGE H. WU
                             UNITED STATES DISTRICT JUDGE